IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GRACE JOSIE AYALA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOME MORTGAGE SERVICING, INC.,<br><br>    Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br><br><br>Case No. 2:11-CV-77<br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Paul Warner on June 8, 2011, recommending (1) that Plaintiff's motion for leave to amend her complaint and to remand to state court be denied, and (2) that Defendant's motion to dismiss and release lis pendens be granted.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

1

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation. Accordingly, the Court hereby:

(1) DENIES Plaintiff's motion for leave to amend her complaint and to remand to state court (Doc. No. 10); and

(2) GRANTS Defendant's motion to dismiss and release lis pendens.

IT IS SO ORDERED.

Dated this 30th day of July, 2011.

_____
Dee Benson
United States District Judge